**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 9, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-15-00108-CV

## IN RE MIGUEL ANGEL GONZALEZ GUILBOT AND CARLOS ALBERTO GONZALEZ GUILBOT, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 344,157-401**

## MEMORANDUM OPINION

On February 9, 2015, relators Miguel Angel Gonzalez Guilbot and Carlos Alberto Gonzalez Guilbot filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Mike Wood, presiding judge of the Probate Court No 2 of Harris County, to vacate his January 8, 2007

order granting the motion to compel the production of documents filed by real parties in interest.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny their petition for writ of mandamus. We also deny relators' motion for temporary relief.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.